PETER L. OSTERHOUT, *Appellant, v.* THE TOWN OF SHAWANGUNK, *Respondent.*— Judgment affirmed, with costs. Opinion by

BOCKES, J., and Mem. by LEARNED, P. J.; WESTBROOK, J., not acting.